FILED

APR - 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 :26 CR 0 0 1 4 8** |
| | ) | Title 18, United States Code, |
| LASHAWN HARRIS, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | **JUDGE FLEMING** |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 20, 2025, in the Northern District of Ohio, Eastern Division, Defendant LASHAWN HARRIS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Robbery and Abduction with firearm specifications, on or about May 8, 2018, in Case Number CR-16-611025, in Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Sig, P238, .380 caliber semi-automatic pistol, serial number 27B110093, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code,

Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations in Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant LASHAWN HARRIS shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein, including, but not limited to, a Sig, P238, .380 caliber semi-automatic pistol, serial number 27B110093.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.